**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

RONALD TUCKER STEWART                                                                      PLAINTIFF

V.                                      NO: 4:12CV00403 KGB/HDY

POPE COUNTY
DETENTION CENTER *et al.*                                                                DEFENDANTS

**ORDER**

Plaintiff Ronald Tucker Stewart filed a *pro se* complaint, pursuant to 42 U.S.C. § 1983, and service was ordered. On July 20, 2012, Defendants Aaron Duvall, Terry Bailey, Belinda Shelton, and Kenneth Wells, filed a notice indicating that service for Defendants Ben Kriesel and Salli Hampton was erroneously accepted by a staff member at the Pope County Detention Center (docket entry #18). Neither Kriesel nor Hampton is employed by Pope County. However, an address for Kriesel and Hampton was provided. Accordingly, service will be attempted at the address.

IT IS THEREFORE ORDERED THAT Service is appropriate for Defendants Kriesel and Hampton, and the United States Marshal is directed to serve a copy of the complaint (docket entry #2), addendum (docket entry #4), amended complaints (docket entries #9 & #12), this order, and summons, upon them, at the address provided, without prepayment of fees and costs or security therefor.

DATED this   23   day of July, 2012.

                                                                              _____
                                                                              UNITED STATES MAGISTRATE JUDGE