**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

RONALD TUCKER STEWART　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF
ADC #144658

v.　　　　　　　　　　　　　　NO: 4:12CV00403 JLH

POPE COUNTY
DETENTION CENTER, *et al.*　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Defendants' motions for summary judgment are GRANTED, and plaintiff's complaint is DISMISSED WITH PREJUDICE. Documents #50 and #53.

2. The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 29th day of April, 2013.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE